FILED

05/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0103

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0103

_____

IN RE THE PARENTING OF:

A.H., a Minor Child,

EDWARD "JIMMY" HAERR,

      Petitioner and Appellee,                       O R D E R

      v.

TIFFANY P. WHELAHAN,

      Respondent and Appellant.

_____

Counsel for Appellants has filed a motion for an extension of time to file the opening brief in the referenced matter.

IT IS ORDERED that the Motion for extension is GRANTED. Appellants have until June 29, 2020, within which to file the opening brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 27 2020